UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:19-CV-25146

ANDREW SCHARIN,

    Plaintiff,

v.

ROYAL CARIBBEAN CRUISES LTD.,

    Defendant.
_____/

## NOTICE OF FILING RETURN OF SERVICE

COMES NOW, the Plaintiff, ANDREW SCHARIN, by and through undersigned counsel, respectfully submits this Notice of Filing Return of Service in a Civil Action, and pursuant to the Local Rules.

    Respectfully submitted,

    David F. Baron, Esquire
    *Attorney for Plaintiff*
    BARON & HERSKOWITZ
    One Datran Center, Suite 1704
    9100 South Dadeland Boulevard
    Miami, Florida 33156
    Tel: (305) 670-0101/Fax: (305) 670-2393
    Primary E-Mail:    David@bhfloridalaw.com
    Secondary E-Mail:    secretary@bhfloridalaw.com
    By:    /s/ David F. Baron
    DAVID F. BARON, ESQUIRE
    Florida Bar No.: 297089

CASE NO.: 1:19-CV-25146

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF on this 23 day of December, 2019.

/s/David F. Baron
DAVID F. BARON, ESQUIRE
Florida Bar No.: 297089

2